UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

HERBERT B. RAYMOND, ESQ.
ATTORNEYS AT LAW
7 GLENWOOD AVENUE, 4${}^{TH}$ FLOOR
EAST ORANGE, NEW JERSEY 07017
TELEPHONE (973) 675-5622
TELEFAX (408) 519-6711
VOICEMAIL (815) 642-4613
Email: bankruptcy123@comcast.net
HERBERT B. RAYMOND, ESQ.
JEFFREY M. RAYMOND, ESQ.
KEVIN DELYON, ESQ.
ATTORNEYS FOR THE DEBTOR(S)

**Order Filed on March 28, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

NATALIE Z. TAYLOR, DEBTOR(S)

Case No.: 16-16518 VFP

Adv. No.:

Hearing Date: N/A

Judge: VINCENT F. PAPALIA

ORDER AUTHORIZING LOAN
MODIFICATION AND FOR OTHER RELIEF

The relief set forth on the following pages, two (2) through four (4) is hereby ORDERED:

**DATED: March 28, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Page 2

Debtor: Natalie Z. Taylor, Debtor(s)

Case no.: 16-16518 VFP

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

1. That the Debtor be and is hereby authorized to enter into and consummate a loan modification with Wells Fargo Home Mortgage, pursuant to the terms and conditions of the proposed loan modification agreement, entitled Home Affordable Modification Agreement, filed as an Exhibit in support of this motion, relating to real property located at 108 Hollywood Avenue, East Orange, New Jersey and the loan modification be and is hereby approved.

2. That the Debtor and/or Wells Fargo Home Mortgage, be and are authorized to enter and consummate any transaction necessary and incident to the loan modification relating to this property, the sole exception being the transfer of the property or an interest in the property by the Debtor(s) to someone else.

　　a. Limited automatic stay relief is granted, to allow Wells Fargo Home Mortgage, to negotiate any such agreement with the Debtor or counsel, enter into and sign a loan modification agreement, and record any documents with the appropriate county recorders office without such action being considered a violation of the automatic stay.

3. That the Debtor and/or Wells Fargo Home Mortgage, are authorized to negotiate and prepare the terms or documents relating to a loan modification, or any necessary transaction

Page 3

Debtor: Natalie Z. Taylor, Debtor(s)

Case no.: 16-16518 VFP

Caption of order: Order Authorizing Loan Modification and for Other Relief

_____

incident to a loan modification agreement, such as, but not limited to the circumstances described above, with respect to this property and any such negotiation and/or preparation of documents and/or recording of documents, by the parties shall not considered to be a violation of the automatic stay and are specifically authorized by the Court.

    4. That any communication by the parties relating to the loan modification shall be considered to be negotiations, pursuant to the Rules of Evidence, and shall not be used by either party against the other in the context of any subsequent litigation in this Court or any state court, federal court or non-judicial forum.

    5. That nothing in this order shall be construed as a modification of the plan.

    6. That the mortgage company and/or mortgage servicer may not persuade the Debtor(s) to dismiss this case in order to consummate a loan modification.

    7. That because the mortgage is being modified and the pre-petition arrears are being addressed in the new mortgage, the pre-petition arrearage claim, which is claim number nine (9) on the claims register, filed by Wells Fargo Home Mortgage, or its predecessors, assignees or successor in interest, shall not

```
 1   Page 4
 2   Debtor: Natalie Z. Taylor, Debtor(s)
 3   Case no.: 16-16518 VFP
 4   Caption of order: Order Authorizing Loan Modification and for
 5   Other Relief
 6   _____
 7   be paid and the Trustee shall not make any
 8   payments/disbursements on any pre-petition arrearage claim. If
 9   the modification is not consummated  for any reason, Wells Fargo
10   Home Mortgage, may, at any time during the pendency of this
11   case, re-list the matter for further hearing, otherwise, this
12   order shall be deemed final.
```

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-16518-VFP
Natalie Z. Taylor                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 28, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 30, 2017.
db            +Natalie Z. Taylor,    108 Hollywood Avenue,    East Orange, NJ 07018-4104

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 28, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Herbert B. Raymond    on behalf of Debtor Natalie Z. Taylor bankruptcy123@comcast.net,
               jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
              John Philip Schneider    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2006-RP2 nj.bkecf@fedphe.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2006-RP2 nj.bkecf@fedphe.com
                                                                                             TOTAL: 5