**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| In Re: | Case No.: | 16-16518 |
|---|---|---|
| Natalie Z. Taylor | Hearing Date: | 5/18/2017 @ 11:00AM |
| | Chapter: | 13 |
| | Judge: | Vincent F. Papalia |

**NOTICE OF HEARING**

You are hereby notified of a hearing before the Honorable Vincent F. Papalia, United States Bankruptcy Judge.

**Reason for Hearing:** Certification in Opposition to Certification of Default of Standing Trustee filed by Debtors

**Location of Hearing:** Courtroom No. 3B
MLK Jr. Federal Building
50 Walnut Street, 3er floor
Newark, NJ 07102

**Date and Time:** 5/18/2017 at 11:00 AM, or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:** ☒ ARE REQUIRED    ☐ ARE NOT REQUIRED

DATE: 4/10/2017

JEANNE A. NAUGHTON, Clerk

By: /s/ Mariela D. Primo
Deputy Clerk

**CERTIFICATE OF MAILING**

I HEREBY CERTIFY that on April 10, 2017 this notice was served on the following: Debtor, Debtor's Attorney, Chapter 13 Trustee and US Trustee Office.

JEANNE A. NAUGHTON, Clerk

By: /s/ Mariela D. Primo
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-16518-VFP
Natalie Z. Taylor                                                       Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin           Page 1 of 1              Date Rcvd: Apr 10, 2017
                              Form ID: pdf900       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2017.
db             +Natalie Z. Taylor,   108 Hollywood Avenue,    East Orange, NJ 07018-4104
cr             +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSM,   Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,   Mt. Laurel, NJ 08054-3437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2017 22:40:26     Synchrony Bank,
                c/o Recovery Mmgt. Sys.,   25 SE 2nd Ave., Ste. 1120,   Miami, FL 33131-1605
                                                                                               TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2017 at the address(es) listed below:
    Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
     dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
    Herbert B. Raymond    on behalf of Debtor Natalie Z. Taylor bankruptcy123@comcast.net,
     jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@comcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
    John Philip Schneider     on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2006-RP2 nj.bkecf@fedphe.com
    Marie-Ann Greenberg    magecf@magtrustee.com
    Michael Frederick Dingerdissen    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2006-RP2 nj.bkecf@fedphe.com
                                                                                               TOTAL: 5