Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16–16518–VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Natalie Z. Taylor
   aka Natalie Z Taylor–Mitchell
   108 Hollywood Avenue
   East Orange, NJ 07018

Social Security No.:
   xxx–xx–8168

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/25/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 25, 2017
JAN: rah

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-16518-VFP
Natalie Z. Taylor                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2          Date Rcvd: May 25, 2017
                             Form ID: 148          Total Noticed: 59


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 27, 2017.
```
db          +Natalie Z. Taylor,    108 Hollywood Avenue,    East Orange, NJ 07018-4104
cr          +U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSM,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
516102810   +Chase Manhattan Mortgage,    3415 Vision Drive,    Columbus, OH 43219-6009
516102812   +Chase Manhattan Mortgage,    3415 Vision Drive,    Attn: Bankruptcy Department,
             Columbus, OH 43219-6009
516102813   +Chase Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
516334348    Department Store National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
             Kirkland, WA  98083-0657
516102816   +Eastern Account,    11 Churchill Rd.,    Newtown, CT 06470-1656
516102818   +Eastern Account System,    75 Glen Road Ste 310,    Sandy Hook, CT 06482-1175
516102817   +Eastern Account of CT,    PO Box 837,    Newtown, CT 06470-0837
516102821   +Enhanced Recovery Corporation,    PO Box 172465,    Denver, CO 80217-2465
516102824   +Imaging Consultants of Essex, P.A.,    PO Box 371863,    Pittsburgh, PA 15250-7863
516102825   +NJ Anesthesia Associates,    Attn: E. Alan Moretti, M.D.,    PO Box 37,
             Florham Park, NJ 07932-0037
516191861   +PSEG,    Cranford Customer Service,    District Office,    PO Box 1023,    Cranford, NJ 07016-1023
516191859   +PSEG,    PO Box 14444,    New Brunswick, NJ 08906-4444
516191858    PSEG,    PO Box 14104,    New Brunswick, NJ 08906-4104
516191862    PSEG,    PO Box 14106,    New Brunswick, NJ 08906
516102830   +Phelan, Hallinan & Diamond & Jones,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
516102831   +Phelan, Hallinan & Diamond & Jones, ESQ,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
516102832   +Phelan, Hallinan & Diamond & Jones, PC,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
516102833   +Phelan, Hallinan & Diamond, PC,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
516102839   +Sprint Wireless,    1521 West Cameron Avenue,    PO Box 2220,    West Covina, CA 91793-2220
516102841   +Toyota Motor Credit,    PO Box 5856,    Carol Stream, IL 60197-5856
516135044   +Toyota Motor Corporation,    P.O. Box 9013,    Addison, Texas 75001-9013
516340925    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSM,    Default Document Processing,    N9286-01Y,
             1000 Blue Gentian Road,    Eagan, MN 55121-7700
516102846   +Wells Fargo Home Loans,    8480 Stagecoach Circle,    Frederick, MD 21701-4747
516102848   +Wells Fargo Home Loans,    PO Box 6000,    Fort Mill, SC 29716-1930
516102849   +Wells Fargo Home Loans,    Foreclosure Department,    1270 Northland Drive , Suite 200,
             Saint Paul, MN 55120-1176
516102850    Wells Fargo Home Mortgage,    4080 Hallmark Parkway,    San Bernardino, CA 92407
516102856   +Wells Fargo Home Mortgage, Inc.,    PO Box 14471,    Des Moines, IA 50306-3471
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov May 25 2017 22:42:04     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 25 2017 22:42:01     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
cr          +EDI: RMSC.COM May 25 2017 22:28:00     Synchrony Bank,    c/o Recovery Mmgt. Sys.,
             25 SE 2nd Ave., Ste. 1120,    Miami, FL 33131-1605
516102808   +E-mail/Text: banko@acsnv.com May 25 2017 22:42:29     Allied Collection Services,
             3080 S. Durango Drive,    Ste. 208,    Las Vegas, NV 89117-9194
516102809   +E-mail/Text: banko@acsnv.com May 25 2017 22:42:29     Allied Collections,
             3080 S Durango Drive,    Las Vegas, NV 89117-9193
516189431    EDI: CAPITALONE.COM May 25 2017 22:28:00     Capital One Bank (USA), N.A.,    PO Box 71083,
             Charlotte, NC 28272-1083
516102811   +EDI: CHASE.COM May 25 2017 22:28:00     Chase Manhattan Mortgage,    PO Box 509011,
             San Diego, CA 92150-9011
516102814   +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com May 25 2017 22:42:36     Comcast,
             800 Rahway Avenue,    Union, NJ 07083-6691
516102819   +E-mail/Text: bknotice@erccollections.com May 25 2017 22:42:07     Enhanced Recovery Company,
             8014 Bayberry Road,    Jacksonville, FL 32256-7412
516102826   +E-mail/Text: bankruptcy@onlineis.com May 25 2017 22:42:33     Online Collections,    PO Box 1489,
             Winterville, NC 28590-1489
516340167    EDI: PRA.COM May 25 2017 22:28:00     Portfolio Recovery Associates, LLC,    c/o The Home Depot,
             POB 41067,    Norfolk VA 23541
516191860    E-mail/Text: bankruptcy@pseg.com May 25 2017 22:41:21     PSEG,    PO Box 790,
             Cranford, NJ 07016-0790
516171908    EDI: NEXTEL.COM May 25 2017 22:28:00     Sprint Corp.,    Attn Bankruptcy Dept,    PO Box 7949,
             Overland Park KS 66207-0949
516102838    EDI: NEXTEL.COM May 25 2017 22:28:00     Sprint PCS,    PO Box 62071,    Baltimore, MD 21264
516102834   +E-mail/Text: bankruptcy@savit.com May 25 2017 22:42:55     Sa-vit Collection Agency,
             46 W Ferris Street,    East Brunswick, NJ 08816-2159
516102835   +E-mail/Text: bankruptcy@savit.com May 25 2017 22:42:56     Savit Collection Agency,
             PO Box 250,    East Brunswick, NJ 08816-0250
516102837   +EDI: NEXTEL.COM May 25 2017 22:28:00     Sprint PCS,    PO Box 105243,    Atlanta, GA 30348-5243
```

District/off: 0312-2          User: admin          Page 2 of 2          Date Rcvd: May 25, 2017
                             Form ID: 148          Total Noticed: 59

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516327353      EDI: RMSC.COM May 25 2017 22:28:00      Synchrony Bank,    c/o Recovery Management Systems Corp,
               25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
516155784      EDI: RMSC.COM May 25 2017 22:28:00      Synchrony Bank,
               c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
516102840      EDI: TFSR.COM May 25 2017 22:28:00      Toyota Motor Credit,    19001 South Western Avenue,
               PO Box 2958,    Torrance, CA 90509
516102842      EDI: TFSR.COM May 25 2017 22:28:00      Toyota Motor Credit,    P0 Box 2730,    Torrance, CA 90509
516102843      EDI: TFSR.COM May 25 2017 22:28:00      Toyota Motor Credit Corporation,
               19001 South Western Avenue, TC13,    Torrance, CA 90509-2958
516102844      EDI: TFSR.COM May 25 2017 22:28:00      Toyota Motor Credit Corporation,
               Attn: Asset Protection Department,    PO Box 2958,    Torrance, CA 90509-2958
516102845      +EDI: TFSR.COM May 25 2017 22:28:00      Toyota Motor Credit Services,
               Toyota Financial Services,    PO Box 8026,    Cedar Rapids, IA 52408-8026
516102847      +EDI: WFFC.COM May 25 2017 22:28:00      Wells Fargo Home Loans,    1 Home Campus,    X20501-01H,
               Des Moines, IA 50328-0001
516102852      +EDI: WFFC.COM May 25 2017 22:28:00      Wells Fargo Home Mortgage,    PO Box 11701,
               Newark, NJ 07101-4701
516102851      +EDI: WFFC.COM May 25 2017 22:28:00      Wells Fargo Home Mortgage,    PO Box 10355,
               Des Moines, IA 50306-0355
516102853      +EDI: WFFC.COM May 25 2017 22:28:00      Wells Fargo Home Mortgage,    5024 Parkway Plaza Blvd.,
               Charlotte, NC 28217-1962
516102854      +EDI: WFFC.COM May 25 2017 22:28:00      Wells Fargo Home Mortgage, Inc.,    One Home Campus,
               Des Moines, IA 50328-0001
516102855      +EDI: WFFC.COM May 25 2017 22:28:00      Wells Fargo Home Mortgage, Inc.,    PO Box 17504,
               Baltimore, MD 21297-1504
                                                                              TOTAL: 30

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516102815*     +Comcast,    800 Rahway Avenue,    Union, NJ 07083-6691
516102820*     +Enhanced Recovery Corp.,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
516102823*     +Imaging Consultants of Essex, P.A.,    PO Box 1733,    Frederick, MD 21702-0733
516102827*     +Online Collections,    P0 Box 1489,    Winterville, NC 28590-1489
516102828*     +Online Collections,    P0 Box 1489,    Winterville, NC 28590-1489
516102829*     +Online Collections,    P0 Box 1489,    Winterville, NC 28590-1489
516102836*     +Savit Collection Agency,    PO Box 250,    East Brunswick, NJ 08816-0250
516102822     ##+Imaging Consultants of Essex, P.A.,    PO Box 1733,    Frederick, MD 21702-0733
                                                                     TOTALS: 0, * 7, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 27, 2017                          Signature:  /s/Joseph Speetjens

_____

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2017 at the address(es) listed below:
          Andrew L. Spivack   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSMPS
           MORTGAGE LOAN TRUST 2006-RP2 nj.bkecf@fedphe.com
          Denise E. Carlon   on behalf of Creditor   Toyota Motor Credit Corporation
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Herbert B. Raymond   on behalf of Debtor Natalie Z. Taylor bankruptcy123@comcast.net,
           jeff.raymond@comcast.net;raymondmail@comcast.net;carol-raymond@comcast.net;bankruptcyattorneys@co
           mcast.net;herbertraymond@gmail.com;carbonell_c@hotmail.com;kdelyon.raymond@gmail.com
          Marie-Ann Greenberg   magecf@magtrustee.com
          Michael Frederick Dingerdissen   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, AS
           TRUSTEE FOR GSMPS MORTGAGE LOAN TRUST 2006-RP2 nj.bkecf@fedphe.com
                                                                              TOTAL: 5